UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
Southern Division

**AMY WALKER,**

      **Plaintiff,**

v.                                                                              Civil Action No.  1:22-cv-299

**EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICE, LLC, I.C.
SYSTEM, INC., NATIONAL CONSUMER TELECOM
AND UTILITIES EXCHANGE, INC. and TRANS UNION,
LLC,**

      **Defendants.**

### JOINT MOTION TO SUPPLEMENT AMENDED PROTECTIVE ORDER TO INCLUDE "APPENDIX A"

Plaintiff, Amy Walker ("Plaintiff") and Defendant I.C. System, Inc. ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, respectfully request this Court GRANT the instant Motion for the following reasons:

1. On October 6, 2023, the Defendant filed a Consent Motion to Amend or Supplement Protective Order (Doc. 131).

2. The purpose of that Motion was to expand the existing Protective Order so that the Consumer Financial Protection Bureau (the "Bureau") would permit the production of confidential supervisory information created as part of a supervisory exam of I.C. System by the Bureau. *Ibid.*

3. On October 12, 2023, the court entered an Order granting the aforesaid Motion and Amending the existing protective order (Doc. 135).

4. The Amended Protective Order is missing "Appendix A" (attached hereto as Exhibit 1), which identifies the supervisory letter as the "CFPB Confidential Information" subject to

the Amended Protective Order.

5. The Parties therefore request the court enter an order appending "Appendix A" to the Amended Protective Order (Doc. 135).

WHEREFORE, Plaintiff Amy Walker, and Defendant I.C. System, Inc. respectfully request that the Court enter an Order and appending "Exhibit A" to the Amended Protective Order.

Dated: October 18, 2023

Respectfully submitted,

| AMY WALKER | I.C. SYSTEM, INC. |
|---|---|
| By: */s/ Kevin Dillon* <br> Counsel | By: */s/ Dale T. Golden* <br> Counsel |
| Leonard A. Bennett, VSB# 37523 <br> Craig C. Marchiando, VSB# 89736 <br> **Consumer Litigation Associates, PC** <br> 763 J. Clyde Morris Boulevard, Suite 1-A <br> Newport News, VA 23601 <br> 757-930-3660 – Telephone <br> 757-930-3662 - Fax <br> Email: lenbennett@clalegal.com <br> Email: craig@clalegal.com | Dale T. Golden, Esq. <br> FBN: 0094080 <br> **GOLDEN SCAZ GAGAIN, PLLC** <br> 1135 Marbella Plaza Drive <br> Tampa, Florida 33619 <br> Phone: (813) 251-5500 <br> Direct: (813) 251-3632 <br> Fax: (813) 251-3675 <br> dgolden@gsgfirm.com |
| Kevin A. Dillon, VSB# 93475 <br> Drew D. Sarrett, VSB# 81658 <br> **Consumer Litigation Associates, PC** <br> 626 E. Broad Street, Suite 300 <br> Richmond, VA 23219 <br> Telephone: (804)-905-9900 <br> Fax: (804) 905-9902 <br> Email: kevin@clalegal.com <br> Email: drew@clalegal.com | M. Brent Yarborough <br> (ASB-3570-N77Y) <br> **MAURICE WUTSCHER LLP** <br> 420 N. 20th Street, Suite 2200 <br> Birmingham, AL 35203 <br> Telephone: (205) 451-0389 <br> byarborough@mauricewutscher.com <br><br> *Counsel for Defendant I.C. System, Inc.* |

Micah S. Adkins, ASB-8639-I48A
The Adkins Firm, P.C.
5400 Lyndon B. Johnson Fwy., Suite 1200
Dallas, TX 75240
Telephone: (214) 974-4030
Email: MicahAdkins@ItsYourCreditReport.com
*Counsel for Plaintiff*