IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMY WALKER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:22-cv-00299-RAH |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al. | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the parties' *Joint Stipulation of Dismissal with Prejudice* (Doc. 195) filed on May 28, 2024, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is **DISMISSED with prejudice** on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is **DIRECTED** to close the case.

**DONE,** on this the 28th day of May 2024.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE